JS-6

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| KENDALL NAVARES, an individual, and MARITES NAVARES, an individual,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>WELLS FARGO HOME MORTGAGE, INC.; a corporation; and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | Case No.: **CV11-00467-JAK (OPx)**<br><br>Assigned for all purposes to:<br>Hon. John A. Kronstadt<br><br>Complaint filed on January 18, 2011<br>Trial Date: April 3, 2012<br><br>**ORDER APPROVING STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE, RULE 41(a)(1)(A)(ii) AND DISMISSING PLAINTIFFS' ACTION WITH PREJUDICE** |

**TO ALL PARTIES HEREIN AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

　　　PLEASE TAKE NOTICE that the Court hereby approves the Stipulation of Dismissal with Prejudice, Docket No. 72, by and between Plaintiffs KENDALL NAVARES and MARITES NAVARES and Defendant WELLS FARGO BANK, N.A., *erroneously sued as* WELLS FARGO HOME MORTGAGE, INC.

///

///

///

///

-1-

**(PROPOSED) ORDER APPROVING STIPULATION OF DISMISSAL WITH PREJUDICE AND DISMISSING PLAINTIFFS' ACTION WITH PREJUDICE**

1  **IT IS HEREBY ORDERED** that pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), the entirety of Plaintiffs KENDALL NAVARES and MARITES NAVARES' civil action against Defendant WELLS FARGO BANK, N.A., *erroneously sued as* WELLS FARGO HOME MORTGAGE, INC., including all claims for relief or causes of action contained in the Third Amended Complaint, is hereby dismissed **with prejudice**.

Dated: January 17, 2012          By: _____

Honorable John A. Kronstadt
U.S. District Court Judge

Respectfully submitted,

Edward D. Vaisbort, Esq. (S.B.N. 136668)
Robert R. Yap, Esq. (S.B.N. 263763)
LITCHFIELD CAVO LLP
245 S. Los Robles Avenue, Suite 450
Pasadena, California  91101
Tel: (626) 683-1100
Fax: (626) 683-1113
vaisbort@litchfieldcavo.com
yap@litchfieldcavo.com

**Attorneys for Defendant WELLS FARGO BANK, N.A.,** *erroneously sued as* **WELLS FARGO HOME MORTGAGE, INC.**